IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHARON FALZONE,

    Plaintiff,

v.                                             Civil Action No. 3:14CV389

S. JOHNS, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on July 1, 2014, the Court conditionally docketed the action. At that time, the Court directed Sharon Falzone to affirm her intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Falzone that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Falzone has not complied with the order of this Court. Falzone failed to return the consent to collection of fees form. As a result, she does not qualify for in forma pauperis status. Furthermore, she has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Falzone.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: August 18, 2014
Richmond, Virginia